People of the State of Illinois, Plaintiff-Appellee, v. Roma Glass, (Impleaded), Defendant-Appellant.

Gen. No. 51,098. 

First District, Second Division.

June 27, 1967.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Norman W. Fishman and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Carl M. Walsh, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE LYONS. Not to be published in full.